IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  1:16cr304-10 |
| ) | |
|   Plaintiff, ) | |
| ) | |
|  v. ) | Senior Judge Christopher A. Boyko |
| ) | |
| FRANCISCO SANCHEZ, ) | |
| ) | |
|   Defendant. ) | ORDER |
| ) | |

    This matter was before the Court on September 24, 2021, for hearing on the Government's request for revocation of Defendant Francisco Sanchez' supervised release.  The Defendant was present and represented by counsel.

    A Supervised Release Violation hearing was held by Magistrate Judge William H. Baughman, Jr. on September 9, 2021 at which time the Defendant admitted to the following violations:  1)  New Law Violation; 3) New Law Violation; 4) Illicit Substance Abuse; and 5) New Law Violation. Violation #2 dismissed.  The Magistrate Judge issued a Report and Recommendation on September 9, 2021. The Court adopts the Magistrate Judge's Report and Recommendation and finds Defendant in violation of Supervised release.   Defendant sentenced to time served.

    IT IS SO ORDERED.

                                              s/ Christopher A. Boyko
                                              CHRISTOPHER A. BOYKO
                                              SENIOR UNITED STATES DISTRICT JUDGE

DATED: September 24, 2021